UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 06-73-KSF
(Civil Action No. 08-7009-KSF)

UNITED STATES OF AMERICA                                                 PLAINTIFF

vs.                             **<u>JUDGMENT</u>**

CHRISTOPHER P. LOVINGS                                     DEFENDANT

\* \* \* \* \* \* \* \*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court **ORDERS AND ADJUDGES**:

1. Defendant's motion to vacate, correct or set aside his sentence [DE #26] is **DENIED,** and Judgment is entered in favor of the United States;

2. This Judgment is **FINAL**;

3. A Certificate of Appealability **SHALL NOT ISSUE** because Defendant has failed to present a debatable claim of the denial of a constitutional right;

4. An appeal from this judgment **MAY NOT BE TAKEN** in forma pauperis because it would not be taken in good faith; and

5. This matter is **DISMISSED AND SHALL BE STRICKEN FROM THE ACTIVE DOCKET**.

This May 12, 2010.



**Signed By:**
<u>*Karl S. Forester*</u> KSF
**United States Senior Judge**